**Order entered October 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01068-CV

### IN THE INTEREST OF G.D.P., JR., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30053-2018**

## ORDER

Before the Court are appellant's October 28th and October 31st second and third motions for an extension of time to file her brief on the merits. We **GRANT** the third motion and **ORDER** the brief tendered to this Court by appellant on October 31, 2019 filed as of today's date. We **DENY** appellant's second motion as moot.

/s/     BILL WHITEHILL
        JUSTICE